IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS J. SOLOMON,<br><br>*Plaintiff*,<br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA *et al.*,<br><br>*Defendants*. | No. 1:07-cv-01811-EGS |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying USC's Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint, dated January 28, 2008, the accompanying Declaration of Howard S. Hogan, dated January 28, 2008, and the exhibits appended thereto, and all prior pleadings and proceedings herein, defendant University of Southern California ("USC"), by its undersigned attorneys, will move this Court on February 22, 2008 at the E. Barrett Prettyman Federal Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, or at such other place and time as the Court may direct, for an order:  (1) dismissing the complaint in this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief may be granted, the Memorandum and Order on Defendant's Motion to Dismiss, dated January 10, 2007, issued by the United States District Court for the District of Massachusetts in *Solomon v. Texas Instruments, Inc.*, Civil Action No. 06-CV-11307-RGS (Stearns, D.J.), and Fed. R. Civ. P. 41(b); (2) prohibiting Plaintiff from filing any additional complaints against any of the named defendants in this action unless Plaintiff first obtains leave of Court; and (3) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to LCvR 7 of the Local Rules of the United States District Court for the District of Columbia, responsive papers, if any, must be served upon the undersigned counsel not later than February 11, 2008.

PLEASE TAKE FURTHER NOTICE that an oral hearing on this motion is respectfully requested.

Dated:  January 28, 2008

Respectfully submitted,

    /s/ Howard S. Hogan
Howard S. Hogan
(D.C. Bar No. 492002)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for University of Southern California*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 28, 2008, I caused copies of the foregoing to be transmitted via overnight and first class U.S. Mail to opposing party:

Dennis J. Solomon
P.O. Box 289
Yarmouth Port, MA 02675
Telephone: (508) 394-9221

                /s/ Howard S. Hogan
                Howard Hogan

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS J. SOLOMON,<br><br>*Plaintiff*,<br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA *et al.*,<br><br>*Defendants*. | No. 1:07-cv-01811-EGS<br><br>[PROPOSED]<br>ORDER GRANTING<br>USC'S MOTION TO DISMISS |

Before the Court is Defendant University of Southern California's Motion to Dismiss the Complaint. Having considered the parties' motions and supporting documents, and good cause having been shown to exist, the Court hereby finds and orders that USC's Motion to Dismiss Plaintiff's Complaint is **GRANTED** in its entirety.

For the reasons set forth in USC's Memorandum Of Law In Support Of Motion To Dismiss Plaintiff's Complaint, the Court hereby finds that Plaintiffs claims are barred in their entirety by the doctrine of *res judicata* and by the Memorandum and Order on Defendant's Motion to Dismiss, dated January 10, 2007, issued by the United States District Court for the District of Massachusetts in *Solomon v. Texas Instruments, Inc.*, Civil Action No. 06-CV-11307-RGS (Stearns, D.J.) (appended as Exhibit 3 to the Declaration of Howard S. Hogan, dated January 28, 2008) (the "January 10, 2007 Order"). The Clerk of Court is directed to enter judgment for the defendants dismissing all claims against all defendants with prejudice and closing this case.

The Court further finds that, pursuant to the January 10, 2007 Order, Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, 28 U.S.C. § 1915(e)(2)(B), and this Court's inherent powers, Mr. Solomon is prohibited from filing any further complaints regarding the

same or related subject matter without prior leave of court.  The Clerk of the Court is directed not to accept any additional complaints from Mr. Solomon against any of the named defendants in this action unless Mr. Solomon first obtains the permission of a Judge of this Court.

**IT IS SO ORDERED.**


_____, 2008


                                        _____
                                        THE HONORABLE EMMET G. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2008, I caused copies of the foregoing to be transmitted via overnight and first class U.S. Mail to opposing party:

Dennis J. Solomon
P.O. Box 289
Yarmouth Port, MA 02675
Telephone: (508) 394-9221

                                                  /s/ Howard S. Hogan
                                                    Howard Hogan