IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS J. SOLOMON,

*Plaintiff*,

v.

UNIVERSITY OF SOUTHERN
CALIFORNIA *et al.*,

*Defendants*.

No. 1:07-cv-01811-EGS

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
PURSUANT TO FED. R. CIV. P. 7.1 AND LCvR 7.1**

This certification is made pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant University of Southern California, certify that to the best of my knowledge and belief, the University of Southern California is a non-profit public benefit corporation that has no parent corporation and no stockholders. This representation is made in order that judges of this Court may determine the need for recusal.

Dated: January 28, 2008

Respectfully submitted,

/s/ Howard S. Hogan
Howard S. Hogan
(D.C. Bar No. 492002)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for University of Southern California*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2008, I caused copies of the foregoing to be transmitted via overnight and first class U.S. Mail to opposing party:

Dennis J. Solomon
P.O. Box 289
Yarmouth Port, MA 02675
Telephone: (508) 394-9221

                                                    /s/ Howard S. Hogan
                                                          Howard Hogan