UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS J. SOLOMON,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN<br>CALIFORNIA, et. al.,<br><br>    Defendants. | Civil Action No. 07-1811-EGS |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS

Defendant Evans & Sutherland Computer Corporation ("E&S"), by counsel, hereby files this Certificate of Corporate Affiliations and Financial Interests pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for E&S, certify that to the best of my knowledge and belief, E&S has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 28, 2008

Respectfully Submitted,

_____
Brian W. Craver
Person & Craver LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4416

Attorneys for Defendant
Evans & Sutherland Computer Corporation