UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS J. SOLOMON,
Plaintiff,

v.   No. 1:07-CV-01811-EGS

USC, et al.,
Defendants.

RECEIVED
FEB 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND OPPOSITION TO MOTION TO DISMISS

In 2000, the Plaintiff Dennis J. Solomon, a well-known MIT-affiliated holographer, manufacturer and designer of three dimensional displays, and master of the sailing vessel, STARSHIP, in the years for 1974 to the present, was awarded the trademark HOLODECK – a fanciful term coined by Solomon and friends in the early 1970s and 1980s. At the insistence of certain contract officers of the U.S. Army who had funded a $200 million dollar project at the University of Southern California ('USC") in the later 1990s, USC filed an opposition.

The present case is a review of an final decision of the TTAB finding that counsel for the Opposer USC, despite representing Solomon's direct competitors, was an independent counsel entitled to receive protected trade secret and other confidential information.

The plaintiff pro se, Dennis J. Solomon, respectfully moves and requests an extension of time to February 21, 2008 to file an Opposing Memorandum in the response to the Defendant USC Motion to Dismiss of January 28, 2008. The Plaintiff affirms that he has been traveling for the past 10 days and received notice of this Court's local rules on this day, the February 11, 2008, thus without sufficient references and resources to properly respond.

The plaintiff opposes the motion on the grounds that the present action is a timely civil action from a final decision of the TTAB in October of 2007 under 15 USC §1071 and has never been the subject of any other action in any court by the plaintiff. Further,

the other causes of action are mandatory under the FRCP arising from the same nexus with the same parties. Said causes of action have never been adjudicated on their merits.

It is *'black letter'* law that the final decisions of the TTAB are reviewable by this Court, Dickinson v Zurko, 527 U.S. 150, 165 (1999) and that the TTAB's factual findings and conclusions of law are reviewed de novo. See n re Gartside, 203 F.3d 1305, 1315-16 (Fed Cir. 2000).

Respectfully submitted on Monday, February 11, 2008,

Dennis J. Solomon
PO Box 289
Yarmouth Port, MA 02675

Certificate of Service

Counsel for USC has been served on this day by U.S. Mail, first class.