```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
DENNIS J. SOLOMON,              )
                                )
          Plaintiff,            )
                                )
v.                              )    Civil Case No. 07-1811 (EGS)
                                )
UNIVERSITY OF SOUTHERN          )
CALIFORNIA, et. al.,            )
                                )
          Defendants.           )
_____)
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion issued on July 15, 2008, it is hereby

**ORDERED** that defendants' motions to dismiss the complaint (docket entry nos. [2] and [3]) are **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's claims against defendant University of Southern California are **DISMISSED** with prejudice; and it is

**FURTHER ORDERED** that plaintiff's claims against defendant Evans & Sutherland are **DISMISSED**; and it is

**FURTHER ORDERED** that plaintiff shall show cause by no later than **July 25, 2008** why this complaint should not be dismissed as to the remaining defendants for want of prosecution, pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **July 15, 2008**