UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DENNIS J. SOLOMON,
Plaintiff,

v.                                   No.1:07-CV-01811 EGS

USC, et al
Defendants.

## PLAINTIFF'S MOTION FOR RECONSIDERATION
## & EXTENSION OF TIME TO FILE SUPPUORTING MEMORANDUM

The Plaintiff moves that this Court reconsider its decision of July 15, 2008 granting Defendants University of Southern California ("USC") and Evans & Sutherlands ("E&S") motion to dismiss.

In the matter of USC, a civil action seeking review of a final decision of the TTAB in U.S. District Court Section under 15 U.S.C. § 1071(b)(1) <u>could not</u> have been brought before a court of competent jurisdiction prior to the 'final decision' of the TTAB on August 9, 2007. *See .G Barry Corp. v. Mushroom Makers, Inc., 609 F.2d 1002, 1005, 204 USPQ 195, 197 (CCPA 1979).* An action for review of the August 9, 2007 decision of the TTAB has not be raised in any other Court, thus this Court's 'res judicata' tests 2, 3, and 4 are not satisfied and the order of dismissal related to the review of the decision of the TTAB should be vacated.

After filing the present action, the Plaintiff pro se further found that, unlike an appeal to the Federal Circuit, in a civil action in U.S District Court 15 U.S.C. § 1071(b)(2) applies:

*"The Director [of the TTAB] shall not be made a party to an inter partes proceeding under this subsection, but he shall be notified of the filing of the complaint by the clerk of the court in which it is filed and shall have the right to intervene in the action."*

The present action is a civil action seeking review of the summary judgment of the TTAB in an inter partes trademark opposition. Thus, the Plaintiff has not served the Director or members of the TTAB, but has filed a "Notice of Civil Action" to which confirmation from the

1

Clerk of this Court is apparently expected. In accordance with 15 U.S.C. § 1071(b)(2), on those Counts I and II seeking to review the decision of the TTAB, Defendant USC remains the proper defendant.

In the matter of the other Defendants, the Plaintiff has mailed a copy of the complaint together with notice of waiver addressed to Michael Macadonia care of the U.S. Secretary of the Army, and Scott Edelman. No reply has been received.

### EXTENSION OF TIME

The Defendant received this Court's Order of July 15, 2008 on the morning of July 23, 2008, and respectfully requests an extension of time to August 1, 2008 to file a supplemental memorandum supporting reconsideration the dismissal with prejudice against USC of Count III-VI and leave to amend the complaint regarding E&S. In brief support of this request, the Plaintiff notes that the earlier actions against were found to be 'premature' and summarily dismissed without a trial on the merits; the Court noting that the 'opposition' was pending in the TTAB. Counts III-VI are properly joined in this action, and dismissal <u>with prejudice</u> is inappropriate at this time. *See Material Supply Int'l v. Sunmatch Industrial Co., Ltd. (D.C. Cir. - July 10, 1998)*

Federal Rule of Civil Procedure 15(a) provides that leave to amend a pleading "shall be freely given when justice so requires." *See Foman v. Davis,* 371 U.S. 178, 182 (1962) (absent "any apparent or declared reason-such as undue delay, bad faith or undue prejudice to the opposing party" leave should be freely given).

Respectfully submitted on July 25, 2008.

Dennis J. Solomon
PO Box 289
Yarmouth Port, MA 02675

Certificate of Service on July 25, 2008
Counsel for USC has been served on this day by US Mail.
Counsel for E & S has been served on this day by US Mail

2