## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DENNIS J. SOLOMON,

*Plaintiff*,

v.

UNIVERSITY OF SOUTHERN
CALIFORNIA *et al.*,

*Defendants*.

No. 1:07-cv-01811-EGS

**DECLARATION OF
SCOTT EDELMAN**

Scott Edelman hereby declares as follows:

1.  I am a resident of California and a member of the bar of the State of California.  I have personal knowledge of the facts set forth below.

2.  I submit this declaration for the limited purpose of providing this Court with a record of the fact that, although I understand that I have been named as a defendant in the above-captioned action, I have never been formally served with process in this action.  By submitting this declaration, I do not waive -- and in fact intend to preserve -- all defenses that would otherwise be available to me in this action, including but not limited to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted.

3.  Plaintiff has never delivered a copy of the summons and complaint in this action to me personally.  Plaintiff has never left a copy of the summons or complaint with anyone at my usual place of abode.  No United States Marshals or other authorized process servers have ever served me with a copy of the summons and complaint in this action.  I have never authorized

anyone by appointment or by law to receive service of process for me in connection with this matter.

4.   Although I have never been served with process in this action, I have been informed that Plaintiff has asserted that he mailed a copy of the complaint together with a notice of waiver addressed to me.  I have never received a copy of the complaint in this action or a notice of waiver from Mr. Solomon by mail or any other means.  I have made a diligent search and inquired with all persons I would expect to have access to all mail delivered to me at my office and at my usual place of abode, and I have not found any indication that I have ever received a copy of the complaint, summons, or a notice of waiver from Mr. Solomon.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  August 7, 2008.

_____
Scott Edelman

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2008, I caused copies of the foregoing to be transmitted via first class U.S. Mail and express U.S. mail to opposing party:

Dennis J. Solomon, *pro se*
P.O. Box 289
Yarmouth Port, MA 02675
Telephone: (508) 394-9221


　　　　　　　　　　　　　　/s/ Howard S. Hogan
　　　　　　　　　　　　　　Howard Hogan